On petition for review filed December 5, 2000,* petition for review allowed; decision of the Court of Appeals vacated and case remanded to Court of Appeals for further consideration February 8, 2001

## GILBERT CLARENCE BROWN,
*Petitioner on Review,*

*v.*

## Mitch MORROW,
Acting Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 98C-15899; CA A104218; SC S48067)

16 P3d 1153

Kelly Knivila, Assistant Attorney General, Salem, filed the motion to dismiss for respondent on review. With her on the motion were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Carson, Chief Justice, and Gillette, Durham, Kulongoski, Leeson, and Riggs Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Hamel v. Johnson*, 330 Or 180, 998 P2d 661 (2000).

---

* Review of Order of Dismissal dated March 15, 2000, on appeal from Marion County Circuit Court.

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case. De Muniz, J., did not participate in the consideration or decision of this case.